UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE B. MURRAY,<br><br>          Petitioner,<br><br>    v.<br><br>S. SHERMAN,<br><br>          Respondent. | Case No. 14-cv-02436-HSG<br><br>**ORDER DENYING REQUEST FOR TRANSCRIPTS**<br><br>Re: Dkt. No. 23 |

Petitioner's request for hearing transcripts in this case is DENIED as moot. No hearings were conducted in this case. This order terminates Docket No. 23. This case remains closed.

**IT IS SO ORDERED.**

Dated: 3/16/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge